**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:
Miriam Suarez

Case No.: 15-29326
Hearing Date: July 21, 2017
Chapter: 13
Judge: ABA

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee Certification of Default

**Location of Hearing:** Courtroom No. 4-B
United States Court House
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** July 21, 2017 @ 9:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: June 20, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on June 20, 2017, 20____ this notice was served on the following: Debtor, Attorney for Debtor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Miriam Suarez  
    Debtor

Case No. 15-29326-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 20, 2017  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.  
db           +Miriam Suarez,    7189 Rosemont Avenue,    Pennsauken, NJ 08110-6139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:

           Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
           Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Celine P. Derkrikorian    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC njecfmail@mwc-law.com  
           Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by Ditech Financial LLC njecfmail@mwc-law.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
           Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
           Justin Plean    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
           Linda S. Fossi    on behalf of Creditor    US Bank Cust/Pro Cap III, LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
           Mark W. Ford    on behalf of Debtor Miriam Suarez markfordlaw@juno.com, dsorbello@MarkFordLaw.comcastbiz.net  
           Michael Frederick Dingerdissen    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
           Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
           R. A. Lebron    on behalf of Creditor    SETERUS, INC., as servicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
           Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org  
           Robert P. Saltzman    on behalf of Creditor    LPP Mortgage Ltd. dnj@pbslaw.org  
                                                                                                                               TOTAL: 16