Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  15−29326−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Miriam Suarez
   7189 Rosemont Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−3659

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/8/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 8, 2017
JAN: ml

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-29326-ABA
Miriam Suarez                                                                              Chapter 13
        Debtor                         **CERTIFICATE OF NOTICE**

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Aug 08, 2017
                              Form ID: 148             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db           +Miriam Suarez,    7189 Rosemont Avenue,    Pennsauken, NJ 08110-6139
cr           +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
cr           +LPP Mortgage Ltd.,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
cr           +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
               Suite 302,    Roseland, NJ 07068-1640
cr           +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
cr           +Seterus, Inc. as authorized Subservicer for Federa,    Ras Citron, LLC,    130 Clinton Road,
               Suite 202,    Fairfield, NJ 07004-2927
cr           +Seterus, Inc. as the authorized subservicer for Fe,    PO Box 1047,    Hartford, CT 06143-1047
515791588    +Aaron Knox & Michelle R. Smith,    7625 River Road, Apt. B,    Pennsuken, NJ 08110-3424
515791590     Aurora Loan Services,    2617 College Park Dr., PO Box 1706,    Scottsbluff, NE 69363-1706
515791591    +Avis Rent A Car,    1750 Deptford Center Road,    Deptford, NJ 08096-5222
515791593     Citibank,    PO Box 6003,    Hagersville, MD 21747-6003
516613230    +DITECH FINANCIAL LLC,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    6409 CONGRESS AVE., SUITE 100,
               BOCA RATON, FL 33487-2853
516001185    +Ditech Financial LLC,    f/k/a Green Tree Servicing LLC,    McCABE, WEISBERG & CONWAY, P.C.,
               216 Haddon Avenue,    Suite 201,    Westmont, NJ 08108-2818
515791594    +Fein Such Kahn & Shepard, PC,    7 Century Drive,    Parsippany, NJ 07054-4673
515791595    +Geo'Ron S. Jenkins,    1525 Collings Road,    Camden, NJ 08104-3102
515791599    +LPP Mortgage Ltd.,    1 Corporate Drive, Suite 360,    Lake Zuirch, IL 60047-8945
515857191    +LPP Mortgage Ltd.,    Pluese, Becker & Saltzman LLC,    20000 Horizon Way, Suite 900,
               Mt. Laurel, NJ 08054-4318
515791600    +Miquisha Tunstall,    7625 River Road, Apt. A,    Pennsauken, NJ 08110-3424
515990950   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,    P.O. BOX 619096,
               DALLAS, TX 75261)
515845779    +PHH MORTGAGE CORPORATION,    PHH Mortgage Corporation,    One Mortgage Way,    Mail Stop SV01,
               Mount Laurel, NJ 08054-4637
515791605    +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
515791602    +Phelan, Hallinan, & Diamond,    400 Fellowship Road Suite 100,    Mt. Laurel, NJ 08054-3437
515791604    +Pluese, Becker, & Saltzman,    20000 Horizon Way, Suite 900,    Mt. Laurel, NJ 08054-4318
515837090   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court:   State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515791607    +State Farm Casualty,    118 S Maddox Ave,    Dumas, TX 79029-4015
515791609    +Stern, Lavinthal, & Frankenberg,    105 Eisenhower Parkway Suite 302,    Roseland, NJ 07068-1640
515950901    +US Bank Cust/Pro Cap III, LLC,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
               Voorhees, NJ 08043-4381
515791610    +Zucker, Goldberg, & Ackerman,    200 Sheffield Street, Suite 301,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2017 23:09:36     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2017 23:09:32     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515791589     EDI: AMEREXPR.COM Aug 08 2017 22:53:00     American Express,    PO Box 1270,
               Newark, NJ 07101-1270
515954179     EDI: BECKLEE.COM Aug 08 2017 22:53:00     American Express Bank, FSB,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
515791592     EDI: BANKAMER.COM Aug 08 2017 22:53:00     Bank of America,    PO Box 5170,
               Simi Valley, CA 93062-5170
515994361     E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2017 23:09:18     DiTech Financial LLC,
               fka Green Tree Servicing LLC,    PO Box 6154,    Rapid City, SD 57709-6154
515992552     E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2017 23:09:18     Ditech Financial LLC,
               f/k/a Green Tree Servicing LLC,    P.O. Box 0049,    Palantine, IL 60055-0049
515791596     E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2017 23:09:18     Greentree Servicing,
               P.O. Box 6154,    Rapid City, SD 57709-6154
515791597    +EDI: HFC.COM Aug 08 2017 22:53:00     HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
516000004    +EDI: IRS.COM Aug 08 2017 22:53:00     Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
515818050     EDI: PRA.COM Aug 08 2017 22:53:00     Portfolio Recovery Associates, LLC,    c/o The Home Depot,
               POB 41067,    Norfolk VA 23541
515981386    +E-mail/Text: bankruptcy@pseg.com Aug 08 2017 23:08:52     PSE&G,    Attn: Bankruptcy Dept.,
               PO Box 490,    Cranford, NJ 07016-0490
                                                                                              TOTAL: 12

```
District/off: 0312-1           User: admin               Page 2 of 2             Date Rcvd: Aug 08, 2017
                               Form ID: 148              Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515791601*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC,   Attn: Bankruptcy Dept.,
                 350 Highland Drive,   Lewisville, TX   75067)
515791608*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,   PO Box 269, 50 Barrack Street,
                 Trenton, NJ   08695)
515791598     ##+JP Morgan Chase Bank, NA,   Mail Code KY1-0900,   6714 Grade Lane Bldg. 8, Ste. 807,
                 Louisville, KY 40213-3404
515791603     ##+PHH Mortgage,   2001 BISHOPS GATE BOULEVARD,   Mt. Laurel, NJ 08054-4604
515791606     ##+Seterus, Inc.,   P.O. BOX 2008,   GRAND RAPIDS, MI 49501-2008
                                                                                TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Celine P. Derkrikorian    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING
               LLC njecfmail@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Ditech Financial LLC
               njecfmail@mwc-law.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Justin Plean    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               jplean@rasflaw.com,  bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust/Pro Cap III, LLC lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Mark W. Ford    on behalf of Debtor Miriam  Suarez markfordlaw@juno.com,
               dsorbello@MarkFordLaw.comcastbiz.net
              Michael Frederick Dingerdissen    on behalf of Creditor    PHH MORTGAGE CORPORATION
               nj.bkecf@fedphe.com
              Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal
               National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com,
               bkyecf@rasflaw.com,legerman@rasnj.com
              R. A. Lebron    on behalf of Creditor    SETERUS, INC., as servicer for FEDERAL NATIONAL MORTGAGE
               ASSOCIATION bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    LPP Mortgage Ltd. dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
                                                                                             TOTAL: 16
```